Cody Ray Leveke #176402
POLK COUNTY JAIL
1985 NE 51st Pl
Des Moines, IA 50309

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

CODY RAY LEVEKE                     CASE: _____
    vs   PLANTIFF
TOM MILLER                          PETITION FOR WRIT
ATTORNEY GENERAL                          OF
STATE OF IOWA                       HABEUS CORPUS
        DEFENDANT(S)

CODY RAY LEVEKE HEREBY PETITIONS this Court for a Writ of Habeus Corpus, and demands relief Defendant has been illegally convicted of Third Degree Sexual Abuse, in violation of the United States Constitution

1. CODY RAY LEVEKE was convicted of Incest (Iowa Code §726.2 in Polk County District Court on 10/23/2006 case number FECR160135 for a crime that occured in 2001

2. Sometime in 2003 or 2004 the STATE OF IOWA thru legislative act altered Iowa Code §692A (Sex Offender Registry) This alteration required that LEVEKE be convicted of 3rd Degree Sexual abuse in STATE OF IOWA criminal database

3. This conviction has propigated throughout the United States. The US Attorney, Iowa Dept. of Criminal Investigation, and the General Public all believe that LEVEKE has been convicted of 3rd Degree Sexual Abuse

4. This conviction thru legislative act violates the 5th, 6th, 8th, and 14th Amendments as well as the Ex Post Facto provisions of the US Constitution.

LEVEKE Demands that this Court invalidate this illegal conviction and reverse the effects of this legislative act

Respectfully Submitted By _____ CODY RAY LEVEKE
                                    on 01-02-2021

Leveke, Cody SNUG

**Polk County Jail**
**1985 NE 51st Place**
**Des Moines, IA 50313-2517**

DES MOINES IA 500
4 JAN 2021 PM 2 L
Hasler
US POSTAGE $000.55


ZIP 50309
011E12651300

X-RAYED & CLEARED BY U.S.M.S.

Chief Judge, John Jarvey
123 E. Walnut St.
Des Moines, IA 50309

RECEIVED
JAN 6 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

50309-203599